United States District Judge James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AMY BOWMAN,

    Plaintiff,

vs.

NANCY BERRYHILL,
Acting Commissioner of Social Security

    Defendant

Case No. 2:16-CV-1059

~~PROPOSED~~ ORDER

This matter having come on regularly before the undersigned by the stipulated motion for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

Attorney fees of $4441.27 and expenses in the amount of $3.39 pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff. Subject to any offset allowed under the Treasury Offset Program, the EAJA attorney fees will be paid directly to the order of: Janet Leanne Martinez. Whether or not the EAJA fees and expenses are subject to any

- 1

Proposed Order

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@qwestoffice.net

offset, payment of this award shall be made via check sent to Attorney Janet Leanne Martinez's address: Douglas Drachler McKee & Gilbrough, 1904 3rd Ave Suite 1030 Seattle, WA 98101.

Dated this 24th day of March 2017.

Presented by,

s/J. Leanne Martinez
Janet Leanne Martinez
Attorney for Plaintiff

Proposed Order

- 2

Douglas Drachler McKee & Gilbrough
1904 3rd Ave. Suite 1030
Seattle, WA 98101
206-623-0900
leannem@qwestoffice.net